# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ANDREW PENSON; and                                                                   PLAINTIFFS
CRYSTAL PENSON

v.                      NO. 4:13CV00156 JLH

MONTY LAYNE HAMILTON; and
TENNESSEE STEEL HAULERS                                        DEFENDANTS

## ORDER

Pursuant to the stipulation of dismissal filed by the parties, this action is hereby dismissed in its entirety with prejudice. Each party will bear its own costs, fees, and expenses.

IT IS SO ORDERED this 5th day of March, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE